UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODOLFO AVILA-MONTAN, JACIEL RODRIGUEZ-AVILA, JUAN CASTANEDA-GONZALEZ, EFRAIN GOLINDA-ZURITA, AND ROGELIO SOLORZANO-RODRIGUEZ<br><br>Defendants. | NO. CR11-5074BHS<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE |

Upon the unopposed motion of defendant Juan Castaneda-Gonzalez to continue the pretrial motions due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions due date be continued to May 17, 2011.

DONE this 10th day of May 2011.

BENJAMIN H. SETTLE
United States District Judge

Presented By:

*/s/ Russell V. Leonard*
Russell V. Leonard
Attorney for Juan Castaneda-Gonzalez

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE PRETRIAL MOTIONS DUE DATE        1
*U.S. v. Avila-Montan, et al*, CR11-5074BHS

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**