Case 3:11-cr-05074-BHS Document 197 Filed 12/16/14 Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

United States of America
v.

Rodolfo Avila-Montan

Case No: CR11-5074BHS

USM No: 40928-086

Date of Original Judgment: 09/26/11
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Dennis Carroll
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____84____ months **is reduced to** ____78 months____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____09/26/2011____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/16/14

_____
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

The Honorable Benjamin H. Settle, U.S. District Judge
*Printed name and title*